THOMAS O'MALLEY, Respondent, *v.* THE NEW YORK, LAKE ERIE AND WESTERN RAILROAD COMPANY, Appellant.

142b 665
f163   396

(Argued April 19, 1894; decided May 4, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made February 13, 1893, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*Lewis E. Carr* for appellant.

*John M. Gardner* for respondent.

Agree to affirm; no opinion.
All concur, except EARL, J., not voting.
Judgment affirmed.